UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VELORES M. MILLER,                               No. 12-14712

       Plaintiff,                              District Judge Stephen J. Murphy, III

v.                                               Magistrate Judge R. Steven Whalen

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
                                           /

**ORDER**

      Plaintiff's Motion to Submit Summary Judgment Motion Instanter [Doc. #20] is GRANTED.

      The docket sheet indicates that this motion was docketed as a motion for leave to file excess pages, which is contrary to the relief sought in the motion itself. However, the Plaintiff's summary judgment motion [Doc. #21] does in fact exceed the 25-page limit. The Court will in this case *sua sponte* grant the Plaintiff leave to file excess pages. I note, however, that Plaintiff's counsel routinely exceeds the page limit set forth in the Local Rules. As I observed in *Saieg v. City of Dearborn*, 2012 WL 787261, *5 (E.D. Mich. 2012), "[a]ppellate advocacy is best undertaken with a scalpel rather than a meat axe." Or, as Shakespeare would have it, "brevity is the soul of wit."[1] Counsel is therefore advised that future requests to exceed the page limit set forth in the Local Rules will be scrutinized carefully.

---

[1] *Hamlet*, Act 2, Scene 2, 90.

12-14712 Miller v. Social Security, Commissioner of

IT IS SO ORDERED.

Dated: September 24, 2013        s/R. Steven Whalen
                                 R. STEVEN WHALEN
                                 UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on September 24, 2013, electronically and/or by U.S. Mail.

                                 s/Michael Williams
                                 Case Manager to the
                                 Honorable R. Steven Whalen