UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VELORES M. MILLER,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
                                             /

No. 12-14712

District Judge Stephen J. Murphy, III

Magistrate Judge R. Steven Whalen

**ORDER**

Defendant's Motion for Extension of Time to File Response [Doc. #23] is hereby GRANTED.  Defendant' response to Plaintiff's Motion for Summary Judgment shall be filed on or before October 16, 2013

IT IS SO ORDERED.

Dated: September 24, 2013        s/R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on September 24, 2013, electronically and/or by U.S. mail.

                                                s/Michael Williams
                                                Case Manager for the
                                                Honorable R. Steven Whalen