UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VELORES MILLER,

    Plaintiff,

v.

    Case No. 12-cv-14712

    HONORABLE STEPHEN J. MURPHY, III

CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
    _____/

**ORDER ADOPTING REPORT AND RECOMMENDATION** (document no. 27)**, GRANTING MOTION FOR ENTRY OF JUDGMENT** (document no. 26)**, AND REMANDING CASE**

The Social Security Administration ("SSA") denied Plaintiff and claimant Velores Miller's application for disability insurance benefits in a decision issued by Administrative Law Judge ("ALJ") Rebecca LaRiccia on July 14, 2011. *See* ALJ Decision, ECF No. 11-2. After the SSA Appeals Council declined to review the decision, Miller appealed to this Court. The Court referred the matter to a United States Magistrate Judge, and the parties filed cross motions for summary judgment. On September 26, 2013, the parties jointly filed a motion for entry of judgment with remand, stipulating to the remand of this case for further proceedings. Mot. to Remand, ECF No. 26. On September 27, 2013, the magistrate judge issued a Report and Recommendation ("Report") suggesting the Court grant the parties' stipulation and remand the case to the Commissioner of Social Security's ("Commissioner"). Report, ECF No. 27.

Civil Rule 72(b) governs review of a magistrate judge's report and recommendation. De novo review of the magistrate judge's findings is only required if the parties "serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ.

P. 72(b)(2). Because neither party filed objections to the Report, de novo review of the Report's conclusions is not required. Having reviewed the Report's analysis, in light of the record, the Court finds that its conclusions are factually based and legally sound. Accordingly, the Court will adopt the Report's findings, grant the parties' motion to remand, and remand the case for proceedings not inconsistent with this order.

## ORDER

**WHEREFORE**, it is hereby **ORDERED** that the parties' joint motion for entry of judgment with remand (document no. 26) is **GRANTED**. This matter is **REMANDED** to the Commissioner for proceedings not inconsistent with this order.

**IT IS FURTHER ORDERED** that the Report and Recommendation (document no. 27) is **ADOPTED**.

**SO ORDERED**.

                                    s/Stephen J. Murphy, III
                                    STEPHEN J. MURPHY, III
                                    United States District Judge

Dated: October 15, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 15, 2013, by electronic and/or ordinary mail.

                                    s/Carol Cohron
                                    Case Manager